UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FENGLIAN FU | : | |
| Plaintiff(s), | : | Civil 19-20533 (SDW) |
| v. | : | **O R D E R** |
| HUA WU | : | |
| Defendant(s), | : | |

The matter having been resolved by agreement entered by the parties and a consent order having been filed on January 29, 2020 [Dkt. No. 32];

It is on this 30th day of March 2020,

O R D E R E D that the above captioned action be and is hereby dismissed with prejudice.

**SO ORDERED.**

_s/ Susan D. Wigenton_
SUSAN D. WIGENTON
U.S.D.J.